# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE

CR 08 0479

JW   HRL

UNITED STATES OF AMERICA,

V.

LUIS ENRIQUE DEMETRIO MENDOZA,

DEFENDANT(S).

---

## INDICTMENT

42 USC § 408(a)(7)

---

A true bill.

_____ Foreman

Filed in open court this 22 day of July, 2008.

Brenda Tolbert
Clerk
MARIA-ELENA JAMES

Bail, $ _____

```
1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2
```

FILED
08 JUL 23 AM 9: 11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 08 — 0479 |
| --- | --- | --- |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | VIOLATIONS: 42 U.S.C. § 408 (a)(7) - Misuse of Social Security Number (Three Counts) |
| LUIS ENRIQUE DEMETRIO MENDOZA a/k/a DEMETRIO MENDOZA, a/k/a LUIS E. MENDOZA, | ) | |
| | ) | SAN JOSE VENUE |
| Defendant. | ) | |

JW  HRL

INDICTMENT

The Grand Jury charges:

COUNT ONE: (42 U.S.C. § 408(a)(7)(B) - Misuse of Social Security Number)

In or about August 2006 to the present, within the Northern District of California and elsewhere, the defendant

LUIS ENRIQUE DEMETRIO MENDOZA
a/k/a Demetrio Mendoza
a/k/a Luis E. Mendoza

for the purpose of obtaining something of value or for any other purpose, with the intent to deceive, falsely represented to GEMB/JC Penney, that social security number 042-62-xxxx was the social security number assigned by the Commissioner of Social Security to him, when in fact

United States v. Luis Enrique Mendoza,
Indictment                               1

1 such number was not the social security number assigned by the Commissioner of Social
2 Security to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).
3 COUNT TWO: (42 U.S.C. § 408(a)(7)(B) - Misuse of Social Security Number)
4     In or about July 2006 to the present, within the Northern District of California and elsewhere,
5 the defendant

LUIS ENRIQUE DEMETRIO MENDOZA
a/k/a Demetrio Mendoza
a/k/a Luis E. Mendoza

8 for the purpose of obtaining something of value or for any other purpose, with the intent to
9 deceive, falsely represented to Credit One Bank, that social security number 042-62-xxxx was
10 the social security number assigned by the Commissioner of Social Security to him, when in fact
11 such number was not the social security number assigned by the Commissioner of Social
12 Security to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).
13 COUNT THREE: (42 U.S.C. § 408(a)(7)(B) - Misuse of Social Security Number)
14     In or about November 2005 to the present, within the Northern District of California and
15 elsewhere, the defendant

LUIS ENRIQUE DEMETRIO MENDOZA
a/k/a Demetrio Mendoza
a/k/a Luis E. Mendoza

18 for the purpose of obtaining something of value or for any other purpose, with the intent to
19 deceive, falsely represented to GEMB/WalMart, that social security number 042-62-xxxx was
20 the social security account number assigned by the Commissioner of Social Security to him,
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

United States v. Luis Enrique Mendoza,
Indictment                                              2

1  when in fact such number was not the social security number assigned by the Commissioner of
2  Social Security to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).
3
4                                                      A True Bill
5  Dated: 7/22/08                             _____
                                                       FOREPERSON
6
7  JOSEPH RUSSONIELLO
   United States Attorney
8
9  _____
   BRIAN STRETCH
10 Chief, Criminal Section
11
   Approved as to Form:
12
13 _____
   CYNTHIA STIER
14 Assistant United States Attorney

United States v. Luis Enrique Mendoza,
Indictment                                    3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
08 JUL 23 AM 9:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CA. S.J.

### OFFENSE CHARGED

42 USC § 408(a)(7)    E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
5 years imprisonment, $250,000 fine, 3 years supervised release

### DEFENDANT - U.S.
► LUIS ENRIQUE DEMETRIO MENDOZA

**DISTRICT COURT NUMBER**
CR 08  0479  JW
HRL

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE - S/A COLLEEN ROWE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ► 08-mj-70425-HRL

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): CYNTHIA STIER, AUSA, TAX DIV.

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☒ Awaiting trial on other charges  } ☒ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution
Santa Clara County Jail

Has detainer been filed?  ☒ Yes  ☐ No
If "Yes" give date filed: July 11, 2008

**DATE OF ARREST** ► JULY 9, 2008
Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ►
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: