JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7234
Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUIS ENRIQUE DEMETRIO MENDOZA ) <br> a/k/a DEMETRIO MENDOZA, ) <br> a/k/a LUIS E. MENDOZA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) <br> ) | No. CR 08-0479- JW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXCLUSION OF TIME** |

    The defendant came before the Court for arraignment status conference on July 29, 2008. At that hearing, the case was set for status conference on September 15, 2008.

    The parties agreed, and the Court found, that the time between July 29, 2008 and September 15, 2008, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv). The parties represent and this Court found that the this delay is necessary to allow counsel for the Defendant to receive and review discovery to effectively prepare for trial. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

//

For the foregoing reasons, and as stated on the record at the hearing on July 29, 2008, the Court HEREBY ORDERS the period between July 29, 2008 and September 15, 2008, is excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv).

DATED: July 31, 2008      /s/ Cynthia Stier
                          CYNTHIA STIER
                          Counsel for United States

DATED: July 31, 2008      /s/ Frederic Warner
                          FREDERIC WARNER
                          Counsel for Luis Mendoza

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS the period between July 29, 2008 and September 15, 2008, excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED:

_____
JAMES WARE
United States District Judge

Stipulation and [proposed] Order
Regarding Exclusion of Time,
No. CR 08-749 JW

2