1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
3  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
5     Telephone: (415) 436-7000
      FAX: (415) 436-7234
6  Attorneys for United States

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,              )   No. CR 08-0479- JW
                                           )
13         Plaintiff,                      )
                                           )
14     v.                                  )
                                           )   STIPULATION AND
15  LUIS ENRIQUE DEMETRIO MENDOZA          )   [PROPOSED] ORDER REGARDING
       a/k/a DEMETRIO MENDOZA,             )   EXCLUSION OF TIME
16     a/k/a LUIS E. MENDOZA,              )
                                           )
17         Defendant.                      )
                                           )
18                                         )
                                           )
19

20     The defendant came before the Court for arraignment status conference on July 29, 2008. At

21  that hearing, the case was set for status conference on September 15, 2008.

22     The parties agreed, and the Court found, that the time between July 29, 2008 and September

23  15, 2008, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections

24  3161(h)(8)(A) and (h)(B)(iv). The parties represent and this Court found that the this delay is

25  necessary to allow counsel for the Defendant to receive and review discovery to effectively

26  prepare for trial. The parties agree that the ends of justice served by granting the requested

27  continuance outweigh the best interest of the public and the defendants in a speedy trial.

    //
28


1. For the foregoing reasons, and as stated on the record at the hearing on July 29, 2008, the Court HEREBY ORDERS the period between July 29, 2008 and September 15, 2008, is excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv).

DATED: July 31, 2008

/s/ Cynthia Stier
CYNTHIA STIER
Counsel for United States

DATED: July 31, 2008

/s/ Frederic Warner
FREDERIC WARNER
Counsel for Luis Mendoza

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS the period between July 29, 2008 and September 15, 2008, excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.
DATED: 8/5/08

JAMES WARE
United States District Judge
Magistrate

Stipulation and [proposed] Order
Regarding Exclusion of Time,
No. CR 08-749 JW

2